and order affirmed, with costs. Order filed. See, also, 130 App. Div. 898, 115 N. Y. Supp. 1117.

CZAJA, Respondent, v. CONNERS, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Joseph Czaja against William J. Conners.

PER CURIAM. Judgment and order affirmed, with costs.

McLAUGHLIN, P. J., and KRUSE, J., dissent, upon the ground that the plaintiff was not injured because of the improper piling of the box which struck him, nor was the defendant shown negligent respecting any custom of piling of freight.

DANZIGER et al. v. GOTTLIEB. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Appeal from Special Term, New York County. Action by Charles S. Danziger and others against Joseph Gottlieb, doing business under the name and style of Lenox Waist Manufacturing Company. From an order denying an injunction, plaintiffs appeal. Affirmed. Maxwell C. Katz, for appellants. William Rosin, for respondent.

PER CURIAM. Without expressing any opinion as to the merits, the order should be affirmed, upon the ground that to grant the injunction now would give the plaintiffs all the relief that they could obtain in the action. Order affirmed, with $10 costs and disbursements.

DAVIS, Respondent, v. UNITED DRESSED BEEF CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Jesse Davis against the United Dressed Beef Company of New York. No opinion. Judgment and order unanimously affirmed, with costs.

DAYTON et al., Respondents, v. KIMBALL, Appellant. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by Ralph E. Dayton and Joseph Montgomery, copartners, etc., against John W. Kimball.

PER CURIAM. Judgment of the Municipal Court modified, by striking therefrom the words "adjudged that the counterclaim of the defendant herein be and the same hereby is dismissed on the merits," on the ground that, with consent of the plaintiffs, the counterclaim was withdrawn from the consideration of the court, and, as so modified, the judgment is affirmed, without costs.

DEALY, Respondent, v. HOLZHEIMER et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Katherine C. Dealy against Solomon Holzheimer and another, doing business as a copartnership under the firm name and style of Holzheimer & Shaul.

PER CURIAM. Judgment affirmed, with costs.

SEWELL, J., dissents.

DEDRICK, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by John Dedrick against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

HOUGHTON, J., not sitting.

DEMAS, Appellant, v. OSWEGO FALLS PULP & PAPER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by Fred Demas, an infant, etc., against the Oswego Falls Pulp & Paper Company.

PER CURIAM. Motion for leave to appeal to Court of Appeals granted. Motion for reargument denied. Leave to appeal is granted in this case for the reason that it may be that the question of whether Caladine was exercising an act of superintendence in moving the lever which started the machinery was for the jury to pass upon. See, also, 126 N. Y. Supp. 1127.

DEMUTH, Appellant, v. KEMP et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by Jeannette Demuth against George Kemp and others. No opinion. Motions denied, without costs. See, also, 130 App. Div. 546, 115 N. Y. Supp. 28.

DEUTSCH, Appellant, v. SCHOENBRUN et al., Respondents. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Samuel Deutsch against Herman Schoenbrun and others. D. D. Deutsch, for appellant. J. C. Brand, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DI NAPOLI v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Antonia Di Napoli, as administratrix, etc., against the New York, New Haven & Hartford Railroad Company, Edward F. Lathrop and John J. Shea, respondents. No opinion. Motion denied, without costs. See, also, 136 App. Div. 334, 120 N. Y. Supp. 905.

DI SANTO, Respondent, v. BROOKLYN CHAIR CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Elizabeth Di Santo, as administratrix, etc., against the Brooklyn Chair Company and others. No opinion. Motion for leave to appeal to the Court of Appeals granted, without costs. For former opinion, see 140 App. Div. 119, 125 N. Y. Supp. 8.

DISTLER v. J. C. G. HUPFEL BREWING CO. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by John Distler against the J. C. G. Hupfel Brewing Company. No opinion. Motion denied. Order filed. See, also, 127 N. Y. Supp. 647.